United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7     JENNIFER LU,                                    Case No.  17-cv-07034-VC

8                    Plaintiff,

9          v.                                         NOTICE RE: NON-COMPLIANCE WITH
                                                      COURT ORDER
10    STANFORD UNIVERSITY,

11                   Defendant.

12

13          The parties have failed to file either a Stipulation and [Proposed] Order Selecting an ADR

14    Process or a Notice of Need for ADR Phone Conference as required by the Initial Case

15    Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree

16    on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party,

17    promptly shall file either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a

18    Notice of Need for ADR Phone Conference (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-

19    8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at cand.uscourts.gov/adr.)

20          It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to

21    occur before the Case Management Conference.

22

23    Dated: 3/12/2018

24

25                                                    _____

26                                                    Erin Hamilton
                                                      ADR Program Manager
27                                                    Erin_Hamilton@cand.uscourts.gov
                                                      415-522-4205
28

United States District Court
Northern District of California

1  **PROOF OF SERVICE**

2  Case Name: Lu  v. Stanford University

3  Case Number: 17-cv-07034-VCUnited States District Judge

4  I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business

5  address is:

6  ADR Program
   United States District Court

7  Norther District of California
   450 Golden Gate Avenue Floor 16

8  San Francisco, CA 94102

9  On 3/12/2018, I served a true and correct copy of:

10          Notice Re: Noncompliance With Court Order

11  [x] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

12  Jennifer  Lu
    Email: jenniferlu38@gmail.com

13  [ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax

14  machine:
    [ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United

15  States Post Office Mail Box in San Francisco, California, addressed as follows:

16  I declare under penalty of perjury that the foregoing is true and correct and that this declaration

17  was executed on 3/12/2018 in San Francisco, California.

18  SUSAN SOONG
    Clerk

19  by:

20  _____

21  Erin Hamilton
    ADR Program Manager

22  Erin_Hamilton@cand.uscourts.gov
    415-522-4205

23

24

25

26

27

28

2