Name: **JENNIFER LU**
Address: **1300 QUARRY COURT, APT 204**
City, State, Zip: **RICHMOND, CA 94801**
Phone: **650 796 4801**
Fax: **n/a**
E-Mail: **jenniferlu38@gmail.com**

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

**FILED**

JUN 19 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER LU** <br><br> PLAINTIFF(S), <br> v. <br><br> **STANFORD UNIVERSITY** <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> **CV-17-7034-VC** <br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____**JENNIFER LU**_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   **IN FAVOR OF THE DEFENDANT AND AGAINST THE PLAINTIFF**

☐ Other (specify):

Imposed or Filed on ___**JUNE 12, 2018**___. Entered on the docket in this action on **JUNE 12, 2018**.

A copy of said judgment or order is attached hereto.

| **JUNE 19, 2018** | **JENNIFER LU** |
|---|---|
| Date | Signature |
| | ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk |

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                                    NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LU,<br><br>        Plaintiff,<br><br>v.<br><br>STANFORD UNIVERSITY,<br><br>        Defendant. | 17-cv-07034-VC<br><br>JUDGMENT |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 12, 2018

VINCE CHHABRIA
United States District Judge